UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN J. GIBBS, <br><br> Defendant. | CASE NO. 2:20.CR.97 <br><br> JUDGE Graham <br><br> INFORMATION |

The United States Attorney for the Southern District of Ohio and the Department of Justice, Environmental Crimes Section, charges:

## INTRODUCTION

1. The Endangered Species Act, Title 16, United States Code, Section 1538, and the regulations promulgated thereunder, protect various wildlife species that have been declared endangered and threatened by the United States Fish and Wildlife Services (USFWS).

2. Title 50, Code of Federal Regulations, Section 17.11 provides a list of all wildlife species declared endangered and threatened by USFWS (the Endangered Species List). *Panthera tigris*, commonly known as tigers, are included on the Endangered Species List.

3. The defendant, Ryan J. Gibbs, is a resident of Ohio.

## COUNT ONE

On or about August 14, 2019, in the Southern District of Ohio and elsewhere, the defendant,

RYAN J. GIBBS,

a person subject to the jurisdiction of the United States, unlawfully bought and received a tiger skin (*Panthera tigris*), an animal listed as an endangered species by USFWS pursuant to Title 16, United States Code, Section 1533. This was in violation of Title 16, United States Code, Section 1538(a)(1)(E) and Section 1540(b)(1).

RESPECTFULLY SUBMITTED,

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-5653
Email: Mike.Marous@usdoj.gov

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL

ADAM C. CULLMAN (KY #93912)
Trial Attorney
221 E. 4th St., Suite 400
Cincinnati, OH 45202
Phone No.: (513) 684-6824
Email: Adam.Cullman@usdoj.gov

2